Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff Blasco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLASCO, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE,<br><br>　　　Defendants. | Case No:<br><br>**NOTICE OF INTERESTED PARTIES** |

- 1 -

Class Action Complaint for Violation of the Federal Securities Laws

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2   than the named parties, there is no such interest to report.

3
4   Dated: June 19, 2015                    Respectfully submitted,

5                                           **THE ROSEN LAW FIRM, P.A.**

6
7                                           /s/ Laurence Rosen
                                            Laurence M. Rosen, Esq. (SBN 219683)
8                                           355 S. Grand Avenue, Suite 2450
                                            Los Angeles, CA 90071
9                                           Telephone: (213) 785-2610
10                                          Facsimile: (213) 226-4684
                                            Email: lrosen@rosenlegal.com
11
12                                          Counsel for Plaintiff Blasco

- 2 -