UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD BLASCO,

    Plaintiffs,

v.

KEURIG GREEN MOUNTAIN, INC., et al.,

    Defendants.

Case No. 15-cv-02766-VC (VC)

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 16(b) and Civil L. R. 16-10, a Case Management Conference will be held in this case before the Honorable Vince Chhabria on September 22, 2015 at 10:00 A.M. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS FURTHER ORDERED** that no later than 7 calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement and Proposed Case Management Order in conformity with the Standing Order for All Judges of the Northern District of California. The parties should also consult Judge Chhabria's standing orders before filing the Case Management Statement.

**IT IS FURTHER ORDERED** that **PLAINTIFF** shall at once serve copies of this Order and of Judge Chhabria's standing order for civil cases on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5 and Civil L. R. 4-2. Following service, plaintiff shall file a certificate of service with the Clerk of this Court.

1  Failure to comply with this Order or with the Local Rules of this Court may result in sanctions,
2  including the dismissal of the complaint or the entry of a default.  See Fed. R. Civ. P. 16(f).
3
4  Dated: June 30, 2015
5  _____
   VINCE CHHABRIA
6  United States District Judge