Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLASCO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE,<br><br>Defendants. | Case No. 3:15-cv-02766-VC<br><br>**CERTIFICATION PURSUANT TO LR 3-16**<br><br>CLASS ACTION<br><br>JUDGE: Hon. Vince Chhabria<br>DATE: September 24, 2015<br>TIME: 10:00 a.m.<br>CTRM: 4-17th Floor (San Francisco) |

| | |
|---|---|
| 1  EDWARD JAZLOWIECKI, Individually and on Behalf of All Other Persons 2  Similarly Situated, | Case No. 3:15-cv-03396-BLF<br><br>CLASS ACTION |
| 3             Plaintiff, | |
| 4  v. | |
| 5  KEURIG GREEN MOUNTAIN, INC., 6  BRIAN P. KELLEY, and FRANCES G. RATHKE, 7 | |
| 8             Defendants. | |
| 9  KAMLESH PATEL, Individually and on 10 Behalf of All Other Persons Similarly Situated, 11 | Case No. 3:15-cv-03715-WHO<br><br>CLASS ACTION |
| 12            Plaintiff, | |
| 13 v. | |
| 14 KEURIG GREEN MOUNTAIN, INC., 15 BRIAN P. KELLEY, and FRANCES G. RATHKE, 16 | |
| 17            Defendants. | |

**CERTIFICATION PURSUANT TO LR 3-16**

Pursuant to Northern District Local Rule 3-16, the undersigned certifies that as of this date, other than the named party, Jessica Lee, Alan Schlussel and Lawrence E. Wilder, there is no such interest to report.

Executed on August 18, 2015.

                                      */s/ Robert V. Prongay*
                                      Robert V. Prongay

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On, August 18, 2015, I served true and correct copies of **CERTIFICATION PURSUANT TO LR 3-16** by posting the document electronically to the ECF website of the United States District Court for the Northern District of California for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this August 18, 2015, at Los Angeles, California.

<u>s/ Robert V. Prongay</u><br>
Robert V. Prongay

# Mailing Information for a Case 3:15-cv-02766-VC Blasco v. Keurig Green Mountain, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)