# Exhibit 4

Keurig Green Mountain, Inc. Loss Chart for Edward Jazlowiecki — Class Period: 2/4/2015-5/14/2015

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| 3/4/2015 | B | 300 | $ 129.580 | 300 | - | - | 300 | $ 38,873.94 | |
| 5/7/2015 | S | 300 | $ 98.786 | - | (300.00) | (300) | - | | $ (29,635.86) |

| | |
|---|---|
| Total Class Period Purchases: | 300 |
| Total Class Period Sales: | (300) |
| Total Sales on Class Period Purchases: | (300) |
| Total Class Period Shares Retained: | - |
| | |
| Total Purchases: | $ 38,873.94 |
| Total Sales Proceeds | $ (29,635.86) |
| | |
| **Total Loss:** | **$ 9,238.08** |