UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLASCO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY and FRANCES G. RATHKE,<br><br>　　　　　　　　　　Defendants. | Case No. 3:15-cv-02766-VC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Daniel B. Rehns, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Arkansas Public Employees' Retirement System in the above-entitled action. My local co-counsel in this case is Solomon B. Cera of the firm Cera, LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| **Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, 14th Floor<br>New York, New York 10005 | **Cera LLP**<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 838-7797 | (415) 777-2230 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| drehns@cohenmilstein.com | scera@cerallp.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August _, 2015　　　　　　　　　　　　/s/ Daniel B. Rehns
　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

*PRO HAC VICE* APPLICATION & ORDER

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

It is hereby ordered that the application of _____Daniel B. Rehns_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 10, 2015

_____
UNITED STATES DISTRICT JUDGE/~~MAGISTRATE~~ JUDGE

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DANIEL BRETT REHNS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 20, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 27, 2015**

_Susanna Rojas_
Clerk of the Court

1262