Lionel Z. Glancy (SBN 134180)
Robert V. Prongay (SBN 270796)
Joshua L. Crowell (SBN 295411)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs* and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BLASCO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE,<br><br>Defendants. | Case No. 3:15-cv-02766-VC<br><br>**NOTICE OF APPEARANCE OF JOSHUA L. CROWELL** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Joshua L. Crowell ("Crowell") of Glancy Prongay & Murray LLP hereby enters his appearance as counsel of record for Plaintiffs in the above-captioned matter. It is respectfully requested that Crowell be added to the service list of this action and that copies of all pleadings and notices pertaining to the above-entitled matter be forwarded to counsel at the following address:

Joshua L. Crowell
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California  90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: jcrowell@glancylaw.com

Crowell is admitted to the United States District Court, Northern District of California, and is licensed to practice law in the State of California.

Dated: October 1, 2015            **GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Joshua L. Crowell*
Lionel Z. Glancy
Robert V. Prongay
Joshua L. Crowell
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: info@glancylaw.com

Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On October 1, 2015, I served the following document:

**NOTICE OF APPEARANCE OF JOSHUA L. CROWELL**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail: By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2015, at Los Angeles, California.

*s/ Joshua L. Crowell*
Joshua L. Crowell

# Mailing Information for a Case 3:15-cv-02766-VC Blasco v. Keurig Green Mountain, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall W. Bodner**
  randall.bodner@ropegray.com

- **Solomon B. Cera**
  scera@cerallp.com,keg@cerallp.com,jrl@cerallp.com,lakessler@cerallp.com

- **Anne Johnson Palmer**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **Phillip C Kim**
  pkim@rosenlegal.com

- **Ronald Scott Kravitz**
  rkravitz@kravitzesq.com,rkravitz@sfmslaw.com,pleadings@sfmslaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Robert Scott McWhorter**
  robert.mcwhorter@leclairryan.com,dana.bardon@leclairryan.com,amy.smith@leclairryan.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Daniel B. Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Kevin Francis Ruf**
  info@glancylaw.com,egonsiorowski@glancylaw.com,kevinruf@gmail.com,cturner@glancylaw.com

- **Daniel S. Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Steven J. Toll**
  stoll@cohenmilstein.com

Case 3:15-cv-02766-VC   Document 66   Filed 10/01/15   Page 5 of 5

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`