UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BLASCO, et al.,<br>Plaintiffs,<br>v.<br>KEURIG GREEN MOUNTAIN, INC., et al.,<br>Defendants. | Case No. 15-cv-02766-VC<br><br>**ORDER GRANTING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 79, 80, 82 |

For the reasons discussed at the hearing, the complaint is dismissed with leave to amend.[1] Any amended complaint must be filed within 21 days of this order.

**IT IS SO ORDERED.**

Dated: March 2, 2016

VINCE CHHABRIA
United States District Judge

[1] Keurig's unopposed request for judicial notice is granted.