1  **GLANCY PRONGAY & MURRAY LLP**
   Joshua L. Crowell (#295411)
2  Alexa J. Mullarky (#307932)
   1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  Email: jcrowell@glancylaw.com

6  **THE ROSEN LAW FIRM, P.A.**
7  Phillip C. Kim (*pro hac vice*)
   275 Madison Avenue, Suite 3400
8  New York, New York 10016
   Telephone: (212) 686-1060
9  Facsimile: (212) 202-3827
   Email: pkim@rosenlegal.com
10
11 *Co-Lead Counsel for Plaintiffs and the Class*

12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14 | EDWARD BLASCO, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:15-cv-02766-VC |
15 |  |  |
16 | Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
17 | v. |  |
18 | KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE, |  |
19 |  |  |
20 |  |  |
21 | Defendants. | Hearing Date: July 7, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 4 – 17th Floor |

1  Having considered Plaintiffs' Motion for Leave to File Surreply to Defendant Keurig Green Mountain, Inc.'s Reply in Support of Motion to Dismiss Second Consolidated Amended Class Action Complaint, and good cause appearing, the Court hereby grants Plaintiffs' motion, and enters Plaintiffs' [Proposed] Surreply to Defendant Keurig Green Mountain, Inc.'s Reply in Support of Motion to Dismiss Second Consolidated Amended Class Action Complaint.

IT IS SO ORDERED.

Dated: June 16, 2016  _____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE