**GLANCY PRONGAY & MURRAY LLP**
Joshua L. Crowell (#295411)
Alexa J. Mullarky (#307932)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: jcrowell@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Phillip C. Kim (*pro hac vice*)
275 Madison Avenue, Suite 3400
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BLASCO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>KEURIG GREEN MOUNTAIN, INC., BRIAN P. KELLEY, and FRANCES G. RATHKE,<br><br>                    Defendants. | Case No.: 3:15-cv-02766-VC<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Lead Plaintiffs Jessica Lee, Alan Schlussel, and Lawrence E. Wilder ("Plaintiffs") and Defendants Keurig Green Mountain, Inc. ("Keurig"), Brian P. Kelley, and Frances G. Rathke (collectively "Defendants") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 23, 2016, Plaintiffs filed the Second Consolidated Amended Class Action Complaint (Dkt. No. 103);

WHEREAS, after careful considerations the parties to this Stipulation have conferred and believe that this action should be dismissed with prejudice;

WHEREAS, Plaintiffs and Defendants agree that all parties will bear their own fees and costs incurred in connection with this litigation;

WHEREAS, a class has not yet been certified in this action, making the requirements of Rule 23(e) inapplicable to this dismissal; and

WHEREAS, no payment has been made to Plaintiffs or their attorneys for this dismissal.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED THAT, Plaintiffs and Defendants, by and through their undersigned counsel, hereby agree and stipulate to the following:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice;

(2) Plaintiffs and Defendants will bear their own fees and costs; and

(3) Defendant Keurig's Motion for Sanctions (Dkt. No. 119) is withdrawn.

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| Dated: July 8, 2016 | **GLANCY PRONGAY & MURRAY LLP** |
| | BY: *s/ Joshua L. Crowell* <br> Lionel Z. Glancy (CSB #134180) <br> Robert V. Prongay (CSB #270796) <br> Joshua L. Crowell (CSB #295411) <br> Alexa J. Mullarky (CSB #307932) <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, California 90067 <br> Telephone: (310) 201-9150 <br> Facsimile: (310) 201-9160 <br> Email: jcrowell@glancylaw.com |
| | **THE ROSEN LAW FIRM, P.A.** <br> Phillip C. Kim (*pro hac vice*) <br> 275 Madison Avenue, Suite 3400 <br> New York, New York 10016 <br> Telephone: (212) 686-1060 <br> Facsimile: (212) 202-3827 <br> Email: pkim@rosenlegal.com |
| | Laurence M. Rosen <br> 355 South Grand Avenue, Suite 2450 <br> Los Angeles, California 90071 <br> Telephone: (213) 785-2610 <br> Facsimile: (213) 226-4684 <br> Email: lrosen@rosenlegal.com |
| | *Co-Lead Counsel for Plaintiffs and the Class* |
| Dated: July 8, 2016 | **ROPES & GRAY LLP** |
| | BY: *s/ Anne Johnson Palmer* <br> Anne Johnson Palmer (CSB #302235) <br> Three Embarcadero Center, Suite 300 <br> San Francisco, CA 94111-4006 <br> Telephone: (415) 315-6300 <br> Facsimile: (415) 315-6350 <br> Email: anne.johnsonpalmer@ropesgray.com |

|   |   |
|---|---|
|   | Randall W. Bodner (*pro hac vice*) |
|   | William T. Davison (*pro hac vice*) |
|   | Prudential Tower |
|   | 800 Boylston Street |
|   | Boston, MA 02199-3600 |
|   | Telephone: (617) 951-7000 |
|   | Facsimile: (617) 951-7050 |
|   | Email: randall.bodner@ropesgray.com |
|   |   |
|   | *Attorneys for Defendant Keurig Green Mountain, Inc.* |
|   |   |
| Dated: July 8, 2016 | **LECLAIRRYAN LLP** |
|   |   |
|   | BY: *s/ Robert S. McWhorter* |
|   | Robert S. McWhorter (CA 226186) |
|   | 400 Capitol Mall, Suite 1500 |
|   | Sacramento, CA 95814 |
|   | Telephone: 916.246.1140 |
|   | Facsimile: 916.246.1155 |
|   | Email: robert.mcwhorter@leclairryan.com |
|   |   |
|   | Richard A. McGuirk (*pro hac vice*) |
|   | 70 Linden Oaks, Suite 210 |
|   | Rochester, New York 14625 |
|   | Telephone: 585.270.2105 |
|   | Facsimile: 585.270.2165 |
|   | Email: richard.mcguirk@leclairryan.com |
|   |   |
|   | *Attorneys for Defendants Brian P. Kelley and Frances G. Rathke* |

**CIVIL L.R. 5-1 ATTESTATION**

I, Joshua L. Crowell, am the ECF User whose ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii).  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Anne Johnson Palmer, and Robert S. McWhorter, counsel for Defendants, have concurred to its filing.

                        *s/ Joshua L. Crowell*
                        Joshua L. Crowell

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2016

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On July 8, 2016, I served the following document:

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING THE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail:  By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2016, at Los Angeles, California.

*s/ Joshua L. Crowell*
Joshua L. Crowell

# Mailing Information for a Case 3:15-cv-02766-VC Blasco v. Keurig Green Mountain, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Randall W Bodner**
  randall.bodner@ropesgray.com,courtalert@ropesgray.com

- **Solomon B. Cera**
  scera@cerallp.com,keg@cerallp.com,jrl@cerallp.com,lakessler@cerallp.com

- **Joshua L Crowell**
  jcrowell@glancylaw.com

- **William T. Davison**
  william.davison@ropesgray.com

- **Richard L. Gallagher**
  richard.gallagher@ropesgray.com,kevin.daly@ropesgray.com,courtalert@ropesgray.com,april.kee@ropesgray.com

- **Anne Johnson Palmer**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **Phillip C Kim**
  pkim@rosenlegal.com

- **Ronald Scott Kravitz**
  rkravitz@kravitzesq.com,rkravitz@sfmslaw.com,pleadings@sfmslaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Richard A McGuirk**
  Richard.McGuirk@leclairryan.com

- **Robert Scott McWhorter**
  robert.mcwhorter@leclairryan.com,dana.bardon@leclairryan.com,amy.smith@leclairryan.com

- **Alexa Jean Mullarky**
  amullarky@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Daniel B. Rehns**
  drehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net

- **Kevin Francis Ruf**

info@glancylaw.com,egonsiorowski@glancylaw.com,kevinruf@gmail.com,cturner@glancylaw.com

- **Daniel S. Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Steven J. Toll**
  stoll@cohenmilstein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`